UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO BARRAZA,<br><br>        Plaintiff,<br><br>v.<br><br>SHAFTER POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01090 LJO JLT<br><br>ORDER GRANTING PRO HAC VICE APPLICATIONS OF STEVEN WITTELS AND DEEPIKA BAINS<br><br>(Docs. 24, 25) |

On December 20, 2010, attorneys Steven Wittels and Deepika Bains filed applications to appear pro hac vice as counsel for Plaintiff Hilario Barraza pursuant to the provision of Local Rule 180(b)(2). The applications appearing in order and the requisite fees having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **December 21, 2010**                                      /s/ Jennifer L. Thurston
                                                                                  UNITED STATES MAGISTRATE JUDGE