CHAPIN FITZGERALD SULLIVAN LLP
Edward D. Chapin, Esq., CA Bar No. 053287
Douglas J. Brown, Esq., CA Bar No. 248673
550 West "C" Street, Suite 2000
San Diego, California  92101
Tel: (619) 241-4810
Fax: (619) 955-5318

SANFORD WITTELS & HEISLER, LLP
Steven L. Wittels, Esq., NY Bar No. 2004653
Deepika Bains, Esq., NY Bar No. 4584009
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Tel:  (646) 723-2947
Fax: (646) 723-2948

Attorneys for Plaintiff
HILARIO BARRAZA

FURGUSON, PRAET & SHERMAN
Bruce D. Praet, CA Bar No. 119430
bpraet@aol.com
1631 East 18th Street
Santa Ana, CA 92705
Tel:  (714) 953-5300
Fax: (714) 953-1143

Attorney for Defendants
SHAFTER POLICE DEPARTMENT,
CHARLIE FIVECOAT, and CITY OF SHAFTER

WALL, WALL & PEAKE
Larry Fred Peake, CA Bar No. 082626
lpeake@ncinternet.net
1601 F Street
Bakersfield, CA 93301
Tel:  (661) 327-8461
Fax: (661) 327-8568

Attorney for Defendant
MATTHEW SHELTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO BARRAZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAFTER POLICE DEPARTMENT; MATTHEW SHELTON; CHARLIE FIVECOAT; and CITY OF SHAFTER,<br><br>　　　　Defendants. | No. 1:10-cv-01090-LJO-JLT<br><br>STIPULATION AND ORDER |

Plaintiff Hilario Barraza and Defendants Shafter Police Department and City of Shafter ("Defendants") respectfully request that the Court order this jointly submitted Stipulation.

Upon the oral representation of Defense Counsel Bruce Praet and Larry Peake at the Scheduling Conference before Magistrate Judge Jennifer L. Thurston on January 5, 2011, that the Shafter Police Department is not a separate legal entity from the City of Shafter, and that the policies governing the Shafter Police Department are not different from those governing the City of Shafter, Plaintiff agrees to remove Shafter Police Department as a Defendant.

IT IS HEREBY STIPULATED AND AGREED by and between the Attorneys for Plaintiff Hilario Barraza and for Defendants Shafter Police Department, City of Shafter, Charlie Fivecoat, and Matthew Shelton, that Defendant Shafter Police Department be dismissed without prejudice.

DATED: January 13, 2011　　　　　　　　　CHAPIN FITZGERALD SULLIVAN LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas J. Brown
　　　　　　　　　　　　　　　　　　　　　　　Edward D. Chapin, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Douglas J. Brown, Esq.

　　　　　　　　　　　　　　　　　　　　　　　SANFORD WITTELS & HEISLER, LLP
　　　　　　　　　　　　　　　　　　　　　　　Steven L. Wittels, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Deepika Bains, Esq.

| | | |
|---|---|---|
| 1 | | Attorneys for Plaintiff |
| 2 | | HILARIO BARRAZA |
| 3 | | |
| 4 | DATED: January 13, 2011 | FERGUSON, PRAET & SHERMAN |
| 5 | | /s/ Bruce D. Praet |
| | | Bruce D. Praet, Esq. |
| 6 | | |
| 7 | | Attorneys for Defendants |
| | | SHAFTER POLICE DEPARTMENT; CHARLIE |
| 8 | | FIVECOAT DISTRIBUTORS; and CITY OF |
| | | SHAFTER |
| 9 | | |
| 10 | DATED: January 13, 2011 | WALL, WALL & PEAKE |
| 11 | | /s/ Larry F. Peake |
| | | Larry Fred Peake, Esq. |
| 12 | | |
| 13 | | Attorney for Defendant |
| | | MATTHEW SHELTON |
| 14 | | |
| 15 | SO ORDERED: | |
| 16 | January 13, 2011 | /s/ Lawrence J. O'Neill |
| | | Honorable Lawrence J. O'Neill |
| 17 | | U.S. District Judge |

Case No. 1:10-cv-01090-LJO-JLT – STIPULATION AND [PROPOSED] ORDER    3