# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO BARRAZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAFTER POLICE DEPARTMENT, MATTHEW SHELTON; CHARLIE FIVECOAT, CITY OF SHAFTER, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　Defendants.<br>_____ | CASE NO. 1:10-cv-01090 LJO JLT<br><br>ORDER ON STIPULATION CONTINUING SETTLEMENT CONFERENCE<br><br>(Doc. 34) |

Before the Court is the stipulation, filed September 13, 2011, in which the parties report that they have come to a tentative agreement to settle the matter. (Doc. 34 at 1) However, final settlement has not been achieved due to Plaintiff's recent release from prison and the greater difficulty this places on counsel to obtain Plaintiff's signature on the settlement documents. Id.

Nevertheless, the parties report that they anticipate that the matter will be dismissed within 30 to 45 days. (Doc. 34 at 2) The parties request a continuance of the currently scheduled settlement conference for 60 days. Id. In light of the information provided, the Court orders as follows:

    1.    The settlement conference set on September 22, 2011, is **VACATED**;

    2.    Within 60, the parties SHALL file a stipulated request for dismissal of the entire action;

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties

1

who contributed to violation of this order.  *See* Local Rules 110, 160 and 272

IT IS SO ORDERED.

Dated: **September 14, 2011**                              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE