CHAPIN FITZGERALD SULLIVAN LLP
Edward D. Chapin, Esq., CA Bar No. 053287
Douglas J. Brown, Esq., CA Bar No. 248673
550 West "C" Street, Suite 2000
San Diego, California  92101
Tel: (619) 241-4810
Fax: (619) 955-5318

SANFORD WITTELS & HEISLER, LLP
Steven L. Wittels, Esq., NY Bar No. 2004653
Deepika Bains, Esq., NY Bar No. 4584009
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Tel:  (646) 723-2947
Fax: (646) 723-2948

Attorneys for Plaintiff
HILARIO BARRAZA

FURGUSON, PRAET & SHERMAN
Bruce D. Praet, CA Bar No. 119430
bpraet@aol.com
1631 East 18th Street
Santa Ana, CA 92705
Tel:  (714) 953-5300
Fax: (714) 953-1143

Attorney for Defendants
SHAFTER POLICE DEPARTMENT,
CHARLIE FIVECOAT, and CITY OF SHAFTER

WALL, WALL & PEAKE
Larry Fred Peake, CA Bar No. 082626
lpeake@ncinternet.net
1601 F Street
Bakersfield, CA 93301
Tel:  (661) 327-8461
Fax: (661) 327-8568

Attorney for Defendant
MATTHEW SHELTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO BARRAZA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAFTER POLICE DEPARTMENT;<br>MATTHEW SHELTON; CHARLIE<br>FIVECOAT; and CITY OF SHAFTER,<br><br>    Defendants. | No. 1:10-cv-01090-LJO-JLT<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this entire action, with no admission of liability by any defendant herein; each party to bear its own fees and costs.

DATED: November 14, 2011      CHAPIN FITZGERALD SULLIVAN LLP

/s/ Douglas J. Brown
Edward D. Chapin, Esq.
Douglas J. Brown, Esq.

SANFORD WITTELS & HEISLER, LLP
Steven L. Wittels, Esq.
Deepika Bains, Esq.

Attorneys for Plaintiff
HILARIO BARRAZA


DATED: November 14, 2011      FERGUSON, PRAET & SHERMAN

/s/ Bruce D. Praet (as authorized on 11/11/11)
Bruce D. Praet, Esq.

Attorneys for Defendants
SHAFTER POLICE DEPARTMENT; CHARLIE
FIVECOAT DISTRIBUTORS; and CITY OF
SHAFTER

| | |
|---|---|
| DATED: November 14, 2011 | WALL, WALL & PEAKE |
| | /s/ Larry Fred Peake (as authorized on 11/11/11)<br>Larry Fred Peake, Esq. |
| | Attorney for Defendant<br>MATTHEW SHELTON |

**ORDER**

The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:  **November 15, 2011**      /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE